IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hicks, Carmelita | Case Number: 07 B 06627 |
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 4/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 10, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,650.00 | |
| Secured: | | 479.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,080.95 |
| Trustee Fee: | | 89.10 |
| Other Funds: | | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,100.00 | 1,080.95 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Pekay & Blitstein P C | Secured | 1,256.98 | 479.95 |
| 4. | Freemont Investment | Secured | 3,000.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 2,416.33 | 0.00 |
| 6. | Morgen & Perl | Secured | 597.00 | 0.00 |
| 7. | Rush University Medical Center | Unsecured | 1,146.10 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,128.58 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 17,153.18 | 0.00 |
| 10. | CB USA | Unsecured | 196.20 | 0.00 |
| 11. | Rush Oak Park Hospital | Unsecured | 3,182.78 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 662.18 | 0.00 |
| 13. | M3 Financial Services | Unsecured | 837.00 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 1,753.36 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 1,011.79 | 0.00 |
| 16. | Austin Bank | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Bally's Health Club | Unsecured | | No Claim Filed |
| 19. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 20. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 21. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 22. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 24. | KCA Financial Services | Unsecured | | No Claim Filed |
| 25. | Lou Harris | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hicks, Carmelita

Printed: 4/22/08

Case Number: 07 B 06627
Judge: Hollis, Pamela S
Filed: 4/13/07

| | | | |
|---|---|---|---|
| 26. NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. CB Accounts | Unsecured | | No Claim Filed |

$ 36,441.48         $ 1,560.90

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.10 |

$ 89.10

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

